ROBERT J. STANKIEWICZ ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF MONTVILLE ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 15 Conn. App. 729, is granted, limited to the following issue:

"Did the Appellate Court err in concluding that if a zoning board gives *inadequate* reasons for granting a variance, as opposed to giving no reasons whatever, the trial court may search the record to determine whether basis exists for the action taken?"

*Stanley Maxim Lucas,* in support of the petition.

*Harry B. Heller,* in opposition.

Decided October 4, 1988

STATE OF CONNECTICUT *v.* CHARLES BANTA, JR.

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 161, is denied.

*G. Douglas Nash,* assistant public defender, in support of the petition.

*Vincent J. Dooley,* deputy assistant state's attorney, in opposition.

Decided October 14, 1988

KEVIN B. KENNY *v.* CAROLYN S. DWYER

The plaintiff's petition for certification for appeal from the Appellate Court, 16 Conn. App. 58, is denied.

*William J. Melley III,* in support of the petition.

*Thomas J. Shortell,* in opposition.

Decided October 14, 1988